UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIKTORIYA KUCKIRKO,<br><br>        Plaintiff,<br><br>      v.<br><br>BARCLAYS BANK DELAWARE<br>        Defendant. | Civil Action No. 08-02179<br><br>**Notice of Appearance** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendant Barclays Bank Delaware. I certify that I am admitted to practice in this court.

Dated: New York, New York
       June 9, 2008

                                Respectfully submitted,

                                WILMER CUTLER PICKERING HALE
                                 AND DORR LLP

                                s/ Noah Levine_____
                                Noah Levine
                                399 Park Avenue
                                New York, NY 10022
                                (212) 230-8800
                                (212) 230-8888 (fax)