```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
VIKTORIYA KUCHIRKO,

                    Plaintiff,

     - against -                           08 Civ. 2179 (JES)

BARCLAYS BANK DELAWARE,                    ORDER

                    Defendant.
------------------------------------------X
```

Counsel to all parties in the above-captioned action having appeared before the Court for a Pre-Trial Conference on June 10, 2008, and the Court having considered all matters raised, it is

**ORDERED** that, as discussed at the aforementioned Conference, all discovery in the above-captioned action shall be stayed until July 10, 2008; and it is further

**ORDERED** that a Pre-Trial Conference shall occur on July 17, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         June  11 , 2008

                                    _____
                                    John L. Sprizzo
                                    United States District Judge