```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
VIKTORIYA KUCHIRKO,

                    Plaintiff,

        - against -                        08 Civ. 2179 (JES)

BARCLAYS BANK DELAWARE,                    ORDER

                    Defendant.
------------------------------------X
```



DATE FILED: 7/23/08

Counsel in all parties in the above-captioned action having appeared before the Court for a Settlement Conference on July 17, 2008, and the Court having considered all matters raised, it is

**ORDERED** that, as discussed at the aforementioned Conference, all discovery in the above-captioned action shall be completed on or before September 25, 2008; and it is further

**ORDERED** that a Pre-Trial Conference shall occur on September 25, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         July **22**, 2008

_____
for John E. Sprizzo
United States District Judge