UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIKTORIYA KUCKIRKO,<br><br>          Plaintiff,<br><br>    v.<br><br>BARCLAYS BANK DELAWARE<br>          Defendant. | Civil Action No. 08-02179 (JES)<br><br>**Notice of Appearance** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel in this action for Defendant Barclays Bank Delaware.  I certify that I am admitted to practice in this court.

Dated: New York, New York
      July 25, 2008

                                       Respectfully submitted,

                                       WILMER CUTLER PICKERING HALE
                                        AND DORR LLP

                                       s/ Alyshea J. Austern
                                       Alyshea J. Austern
                                       399 Park Avenue
                                       New York, NY 10022
                                       (212) 230-8800
                                       (212) 230-8888 (fax)